**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BILLY STEVEN NOWDEN, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:17-CV-0577-D |
| ) | |
| DOUGLAS MOLDER, ET AL., ) | |
| Defendants. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

The May 11, 2017 "plea to the jurisdiction" and motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) of defendant Lamar County Sixth District Court are denied without prejudice as moot.

**SO ORDERED**.

May 30, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE